Orlando Traverse de Giorgi Bertola, Appellant, vs. E. A. Osborne, Appellee.

Appeal from Circuit Court, Volusia County; John D. Broome, Judge.

Miller & Austin, for Appellant.

Isaac A. Stewart (with whom was Egford Bly on the brief), for Appellee.

The bill in this cause was filed by the appellee against the appellant and others. There was decree for the complainant, and the defendant Bertola appeals. The decree is affirmed.

Decision *Per Curiam*.